IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG WALKER, | : CIVIL ACTION |
| Petitioner, | : |
| v. | : NO. 10-2009 |
| JOHN KERESTES, et al., | : |
| Respondents. | : |

## ORDER

AND NOW, this 13th day of NOVEMBER, 2012, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response and Rebuttal thereto, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS HEREBY ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

Joel Slomsky
Joel Slomsky, J.